UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Perez et al   06 CR 922   Valdez   JUDGE BUCKLO

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   U.S. v. Perez et al   06 CR 922   Judge Bucklo   FILIP

   MAGISTRATE JUDGE VALDEZ

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust ...... (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ........ (II)
   ☐ Assault .............. (III)
   ☐ Burglary ............ (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement .... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ........ (II)
   ☐ Postal Fraud ........... (II)
   ☐ Other Fraud ........... (III)
   ☐ Auto Theft ........... (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery ............. (III)
   ☐ Counterfeiting ........ (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ........ (III)
   ☒ DAPCA Narcotics ........ (III)

   ☐ DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses .. (IV)
   ☐ Immigration Laws .......... (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws .......... (IV)
   ☐ Motor Carrier Act .......... (IV)
   ☐ Selective Service Act ........ (IV)
   ☐ Obscene Mail ............ (III)
   ☐ Other Federal Statutes ........ (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

   21, USC, § 841(a)(1)
   21, USC, § 843(b)
   21, USC, § 846
   21, USC, § 853

   _____
   VALARIE HAYS
   Assistant United States Attorney

(Revised 12/99)