**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| UNITED STATES OF AMERICA | 1:06-CR-922 |
| V. | |
| VINICIO CAMEY | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VINICIO CAMEY

| NAME (Type or print) |
|---|
| JOSEPH R. LOPEZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| S/JOSEPH R. LOPEZ |
| FIRM   JOSEPH R. LOPEZ, LTD. |
| STREET ADDRESS   53 W. JACKSON BLVD. SUITE 1122 |
| CITY/STATE/ZIP   CHICAGO, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6186562      TELEPHONE NUMBER   (312) 922-2001 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL X     APPOINTED COUNSEL ☐ |