## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - 10 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. Vinicio Camey | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/4/08 as to Vinicio Camey (10). Defendants appears pursuant to surrender on 4/4/08. Joseph R. Lopez is granted leave to file appearance on behalf of defendant for arraignment proceeding only. Defendant enters plea of not guilty to all counts of the information. 16.1(a) conference by 4/11/08. Pretrial motions to be filed by 4/21/08. Response to be filed no later than 5/1/08. Status hearing set before Judge Bucklo on 4/25/08 at 10:00 a.m. Government's oral motion to detain defendant is entered and continued to 4/8/08 at 10:00 a.m. Defendant to remain in custody pending detention hearing. Government's oral motion to exclude time is granted. Enter excludable time from 4/4/08 to and including 4/25/08 pursuant to 18 USC §3161(h)(1) and U.S. vs Tibboel, 753 P. 2d. 608 (7th Cir. 1985). X-T

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|