## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - 10 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Vinicio Camey | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 4/8/08. Defendant waives detention without prejudice at this time with leave to address it at a later date. Therefore, Government's oral motion to detain defendant is granted. Defendant's oral motion requesting defendnat to be detained at the MCC is denied for reasons stated in open court.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|