IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 1:06-CR-922-10 |
| v. | ) | |
| | ) | Honorable Elaine E. Bucklo |
| VINICIO CAMEY, | ) | Judge Presiding |
| Defendant. | ) | |

**EMERGENCY MOTION FOR IMMEDIATE FAMILY MEDICAL VISIT**

NOW COMES the Defendant VINICIO CAMEY, by and through his attorney JOSEPH R. LOPEZ, and moves this Honorable Court for Defendant's Emergency Motion for Immediate Family Medical Visit, and in support thereof states as follows:

1. The Defendant was admitted to the hospital on April 28, 2008.

2. Since that date the family has not been able to see the Defendant and are uncertain of his medical condition.

3. The Defendant's wife was telephonically informed by a nurse that the Defendant was placed on dialysis.

4. Counsel for the Defendant has not been able to visit his client to verify the Defendant's medical condition.

5. Counsel for the Defendant sent a letter Richard Hansford one of the attorneys for the MCC requesting that the Defendant be granted access to a telephone so he could place a call to his wife. The AUSA's in this case have likewise assisted defense counsel in gathering information concerning the Defendant's medical condition.

6. The family has been experiencing emotional distress because of the uncertainty of the Defendant's medical condition.

7.　　The Defendant's family is concerned that the Defendant is in serious condition and may not survive his current medical ailment.

8.　　It would be in the best interest of justice to allow the Defendant's family a visit or in the alternative the Defendant be allowed a telephone privilege so the family can put their anxiety to rest.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　s/Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Blvd.
Ste. 1122
Chicago, IL 60604
(312) 922-2001

**CERTIFICATE OF SERVICE**

I, Joseph R. Lopez, an attorney for Defendant, Vinicio Camey, hereby certifies that on Wednesday, the 7th day of May 2008, I filed the above-described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

                                                Respectfully submitted,

                                                s/Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Blvd.
Suite 1122
Chicago, IL 60604
(312) 922-2001