UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
|         v. | ) | Case Number:1:06-CR-922-10 |
| | ) | |
| VINICIO CAMEY | ) | Honorable Elaine E. Bucklo |
|     Defendant, | ) | Judge Presiding |
| | ) | |

**NOTICE OF MOTION**

To:  Mr. Ben Langner, AUSA                    Mr. Richard Hansford
     United States Attorney's Office          Legal Attorney
     219 S. Dearborn Street                   Metropolitan Correctional Center
     Chicago, IL 60604                        71 W. Van Buren Street
     (312) 353-5300                           Chicago, IL 60605

**YOU ARE HEREBY NOTIFIED** that on Wednesday, May 7, 2008, at the hour of 1:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo, or any Judge presiding in his/her stead in the Courtroom usually occupied by him/her at the United States District Court, Northern District Chicago, Illinois, Room 1438, and then and there present the attached, **DEFENDANT'S EMERGENCY MOTION FOR IMMEDIATE FAMILY MEDICAL VISIT,** at which time you may appear if you see fit.

**CERTIFICATE OF SERVICE**

The undersigned being duly sworn says that on the 7th day of May-2008, he served a copy of this note to the person(s) indicated above by:

By personally filing the above described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois.

                                                               s/JOSEPH R. LOPEZ

JOSEPH R. LOPEZ
Attorney No. 6186562
53 W. Jackson Blvd.
Suite 1122
Chicago, IL 60604
(312) 922-2001