UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                          Case No.: 1:06–cr–00922
                                            Honorable Elaine E. Bucklo

Jose Perez, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo: Defendant Camey's emergency motion is granted as follows: Under the law and constitution, defendant must be allowed to talk with his attorney. Accordingly, the marshal, within 24 hours, must make arrangements to at least allow defendant's counsel to contact defendant by telephone. Any information counsel learns in that conversation about defendant's whereabouts or when he is likely to be returned to the MCC is for counsel 9;s ears only.Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.