**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **1:06-CR-922-10** |
| **v.** | ) | |
| | ) | **Honorable Elaine E. Bucklo** |
| **VINICIO CAMEY,** | ) | **Judge Presiding** |
| **Defendant.** | ) | |

**<u>EMERGENCY MOTION TO TRANSFER DEFENDANT BACK TO MCC</u>**

NOW COMES the Defendant VINICIO CAMEY, by and through his attorney JOSEPH R. LOPEZ, and moves this Honorable Court for Defendant's Emergency Motion to Transfer Defendant Back to MCC , and in support thereof states as follows:

1.  The Defendant was informed he would stay at the hospital until his condition improved.

2.  The Defendant was released from the hospital on May 8, 2008, and transported to the Jerome Combs Detention Center in Kankakee.

3.  Hospital personnel were in shock when they were informed that the Defendant was going to be sent to Kankakee.

4.  The Defendant is afraid he will die in Kankakee due to inadequate medical care. There is no medical care in the facility.

5.  The Defendant is housed with county inmates.

6.  The Defendant is in extreme pain and is not getting proper medical care.

7.  The Defendant was informed by the jail staff that they cannot guarantee he will get the proper treatment because of staff shortages.

8.   The Defendant requires dialysis treatment three times per week.  This was the plan of the treating physician.   The treating physician informed the Defendant that he would be returning to the same hospital for treatment.

9.   According to the US Marshall Service the MCC cannot provide this treatment.  However, they did provide the original treatment.

10.   The State court now has filed a writ to remove Defendant from federal custody on May 23, 2008, which may interfere with the Defendant's medical treatment.

11.   This writer has heard horror stories from other clients and lawyers about the conditions at the Jerome Combs Detention Center and is legitimately concerned about his client's condition and doubt that adequate medical care can be provided.

12.   The Defendant does not want to be brought to State court in his current condition and requests an order denying the writ to state custody.

13.   The Defendant will not be present but his words to the court at this time is "please help me I am afraid I will die here."

14.   The Defendant has been in constant pain since he was placed in custody and needs adequate medical care.

15.   The Defendant self-surrendered.

WHEREFORE, the Defendant requests a Transfer to MCC and an Order denying the

State Writ at this time so he does not die on his way to and from Cook County.

Respectfully submitted,


s/Joseph R. Lopez


Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Blvd.
Ste. 1122
Chicago, IL 60604
(312) 922-2001

## CERTIFICATE OF SERVICE

I, Joseph R. Lopez, an attorney for Defendant Vinicio Camey, hereby certifies that on Thursday, the 8th day of May 2008, I filed the above-described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,


s/Joseph R. Lopez

Joseph R. Lopez
Attorney No. 6186562
53 W. Jackson Blvd.
Suite 1122
Chicago, IL 60604
(312) 922-2001