UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
|     **Plaintiff,** | ) | |
|        v. | ) | Case Number:1:06-CR-922-10 |
| | ) | |
| **VINICIO CAMEY** | ) | Honorable Elaine E. Bucklo |
|     **Defendant,** | ) | Judge Presiding |
| | ) | |

### NOTICE OF MOTION

To:   **Mr. Ben Langner, AUSA**
       **United States Attorney's Office**
       **219 S. Dearborn Street**
       **Chicago, IL 60604**
       **(312) 353-5300**

    **YOU ARE HEREBY NOTIFIED** that on Friday, May 9, 2008 at the hour of 2:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo, or any Judge presiding in his/her stead in the Courtroom usually occupied by him/her at the United States District Court, Northern District Chicago, Illinois, Room 1438, and then and there present the attached, **DEFENDANT'S EMERGENCY MOTION TO TRANSFER DEFENDANT BACK TO MCC,** at which time you may appear if you see fit.

### CERTIFICATE OF SERVICE

    The undersigned being duly sworn says that on the 8th day of May-2008, he served a copy of this note to the person(s) indicated above by:

By personally filing the above described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois.

                                                                    s/JOSEPH R. LOPEZ

JOSEPH R. LOPEZ
Attorney No. 6186562
53 W. Jackson Blvd.
Suite 1122
Chicago, IL 60604
(312) 922-2001