# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                              Case No.: 1:06−cr−00922
                                                Honorable Elaine E. Bucklo

Jose Perez, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: as to defendant, Vinicio Camey; Change of plea hearing called on 6/18/2008. The parties report that they are still negotiating a plea agreement. The parties are directed to contact this Court's courtroom deputy with an agreed date to reset change of plea before trial date. All pretrial and trial dates stand. Time from this day through trial date is excluded for consideration of plea agreement pursuant to 18:3161(h)(1)(I). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.